UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY V. REMMERT,

          Plaintiff,

      v.

DONALD AYOOB, et al.,

          Defendants.

Case No. 17-cv-01405-HSG (PR)

**JUDGMENT**

A judgment of dismissal without prejudice is entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 5/2/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge